UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 4:08-cr-41 |
| vs. | ) | |
| | ) | |
| BRANDY BISHOP | ) | MATTICE/CARTER |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on April 27, 2009, in accordance with Rule 46(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 3143 and 3148 on the Petition for Action on Conditions of Pretrial Release. Those present for the hearing included:

(1) AUSA Mel Schwing for the USA.
(2) The defendant, Brandy Bishop.
(3) Attorney Chris Lanier for defendant.
(4) U.S. Supervising Probation Officer David Croft.
(5) Courtroom Deputy Kelli Jones.
(6) Court Reporter Elizabeth Coffey.

The defendant was advised of the allegations contained in the Petition for Action on Conditions of Pretrial Release.

AUSA Mel Schwing called U.S. Supervising Probation Officer David Croft, who testified that on April 20, 2009, the defendant was found to be in possession of marijuana. Based on the rebuttable presumption, the seriousness of the underlying charges, and the testimony of USPO David Croft, I conclude the defendant has failed to abide by her conditions of release and that there are no conditions or combination of conditions that will ensure the safety of the community. She must therefore be DETAINED without bond as a danger to the community.

SO ORDERED.

ENTER.

Dated: April 28, 2009            s/William B. Mitchell Carter
                                 UNITED STATES MAGISTRATE JUDGE